CLOSED,ENE,PROTO

# U.S. District Court
# Southern District of California (San Diego)
# CIVIL DOCKET FOR CASE #: 3:16−cv−02950−GPC−BLM

Pantaleon v. Microsoft Corp et al
Assigned to: Judge Gonzalo P. Curiel
Referred to: Magistrate Judge Barbara Lynn Major
Demand: $75,000
Case in other court: Superior Court of California, County of San Diego, 37−02016−00023135−CU−WT−CTL
Cause: 28:1441wt Removal− Employment (Wrongful Termination)

Date Filed: 12/02/2016
Date Terminated: 04/13/2017
Jury Demand: Both
Nature of Suit: 790 Labor: Other
Jurisdiction: Diversity

Early Neutral Evaluation Conference:
Case Management Conference:
Status Hearing:
Status Conference:
Mandatory Settlement Conference:

Settlement Conference:
Settlement Disposition Conference:
Pretrial Conference:
Final Pretrial Conference:
Trial Date:

**Plaintiff**

**Alisha Pantaleon** represented by **Allison R. Loevner**
Iarusso & Dagher
64 N. Fair Oaks Avenue
Pasadena, CA 91103
626−415−4422
Email: loevner@id−lawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Iarusso**
IARUSSO & DAGHER
64 N. Fair Oaks Avenue
Pasadena, CA 91103
626−415−4422
Email: michelle@mipilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Microsoft Corp**
*a corporation*
represented by **Agnes M. Sullivan**
Zuber Lawler & Del Duca LLP
777 S. Figueroa Street
37th Floor
Los Angeles, CA 90017
213−596−5620
Fax: 213−596−5621
Email: asullivan@zuberlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy J. Gray**
Zuber Lawler & Del Duca LLP
777 S. Figueroa Street
37th Floor
Los Angeles, CA 90017
213−596−5620
Fax: 213−596−5621
Email: jgray@zuberlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele M. Desoer**
Zuber Lawler & Del Duca LLP
777 S. Figueroa Street
37th Floor
Los Angeles, CA 90017
213−596−5620
Fax: 213−596−5621
Email: mdesoer@zuberlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 to 100**
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2016 | Ï 1 | NOTICE OF REMOVAL with Jury Demand from Superior Court of California, County of San Diego, case number 37−2016−00023135−CU−WT−CTL. ( Filing fee $ 400 receipt number 0974−9624713.), filed by Alisha Pantaleon. (Attachments: # 1 Civil Cover Sheet)<br><br>The new case number is 3:16−cv−2950−GPC−NLS. Judge Gonzalo P. Curiel and Magistrate Judge Nita L. Stormes are assigned to the case.(mpl) (sjt). (Entered: 12/02/2016) |
| 12/05/2016 | Ï 2 | Minute Entry of Recusal. Magistrate Judge Nita L. Stormes is no longer assigned. Case reassigned to Magistrate Judge Barbara Lynn Major for all further proceedings. The new case number is 16cv2950−GPC−BLM(dlg) (Entered: 12/05/2016) |
| 12/22/2016 | Ï 3 | ANSWER to Complaint by Microsoft Corp.(Gray, Jeremy) (aef). (Entered: 12/22/2016) |
| 12/22/2016 | Ï 4 | NOTICE AND ORDER for Telephonic Early Neutral Evaluation Conference and Case Management Conference. Telephonic, attorneys−only Early Neutral Evaluation set for 1/25/2017 at 3:00 PM before Magistrate Judge Barbara Lynn Major. In the event the case does not settle during the ENE, the Court will conduct an Initial Case Management Conference. Joint Discovery Plan due 1/13/2017. Signed by Magistrate Judge Barbara Lynn Major on 12/22/2016.(rlu) (Entered: 12/22/2016) |
| 01/13/2017 | Ï 5 | NOTICE of Appearance by Allison R. Loevner on behalf of Alisha Pantaleon (Attachments: # 1 Proof of Service)(Loevner, Allison)Attorney Allison R. Loevner added to party Alisha Pantaleon(pty:pla) (dlg). (Entered: 01/13/2017) |
| 01/13/2017 | Ï 6 | |

| | | |
|---|---|---|
| | | Joint REPORT of Rule 26(f) Planning Meeting. (Loevner, Allison) Edited docket text to add "joint" (dlg). (Entered: 01/13/2017) |
| 01/25/2017 | Ï 7 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major: (T)Early Neutral Evaluation Conference held on 1/25/2017. (T)Case Management Conference held on 1/25/2017. Case did not settle. Order to follow. (Plaintiff Attorney Allison R. Loevner). (Defendant Attorney Jeremy J. Gray). (no document attached) (bll) (Entered: 01/25/2017) |
| 01/26/2017 | Ï 8 | SCHEDULING ORDER Regulating Discovery and Other Pre−Trial Proceedings: A Mandatory Settlement Conference shall be conducted on February 21, 2018 at 1:30 p.m. in the chambers of Magistrate Judge Barbara L. Major. Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by March 2, 2018. The final Pretrial Conference is scheduled on the calendar of the Honorable Gonzalo P. Curiel on March 9, 2018 at 1:30pm. Signed by Magistrate Judge Barbara Lynn Major on 1/26/17.(dlg) (Entered: 01/27/2017) |
| 02/14/2017 | Ï 9 | Joint MOTION for Extension of Time to File *Motion for Protective Order* by Microsoft Corp. (Sullivan, Agnes)Attorney Agnes M. Sullivan added to party Microsoft Corp(pty:dft) (dlg). (Entered: 02/14/2017) |
| 02/15/2017 | Ï 10 | ORDER Granting Joint 9 Motion for Extension of Time to File Joint Motion for Protective Order. Signed by Magistrate Judge Barbara Lynn Major on 2/15/17. (dlg) (Entered: 02/15/2017) |
| 03/01/2017 | Ï 11 | Joint MOTION for Protective Order by Microsoft Corp. (Sullivan, Agnes) (dlg). (Entered: 03/01/2017) |
| 03/02/2017 | Ï 12 | ORDER Granting Joint 11 Motion for Protective Order With Modification. Signed by Magistrate Judge Barbara Lynn Major on 3/2/17. (dlg) (Entered: 03/02/2017) |
| 03/23/2017 | Ï 13 | Joint MOTION for Leave to File *First Amended Complaint* by Alisha Pantaleon. (Loevner, Allison) QC email for attorney to submit proposed order (dlg). (Entered: 03/23/2017) |
| 03/24/2017 | Ï 14 | ORDER Granting Joint 13 Motion for Leave to File First Amended Complaint. Signed by Judge Gonzalo P. Curiel on 3/24/17. (dlg) (Entered: 03/24/2017) |
| 04/13/2017 | Ï 15 | Joint MOTION to Change Venue *to Central District of California*, *Western Division* by Microsoft Corp. (Desoer, Michele)Attorney Michele M. Desoer added to party Microsoft Corp(pty:dft) (dlg). (Entered: 04/13/2017) |
| 04/13/2017 | Ï 16 | ANSWER to Complaint *Plaintiff's First Amended Complaint* by Microsoft Corp.(Desoer, Michele) (dlg). (Entered: 04/13/2017) |
| 04/13/2017 | Ï 17 | ORDER granting 15 Joint Motion to Transfer Action to Central District of California, Western Division. Signed by Judge Gonzalo P. Curiel on 4/13/2017. (fth) (Entered: 04/14/2017) |
| 04/13/2017 | Ï 18 | Case transferred to District of Central District of California, Western Division. Files transferred electronically to: *District of Central District of California, Western Division*.*312 North Spring Street**Los Angeles, CA 90012−4701* (fth) (Additional attachment(s) added on 4/14/2017: # 1 Order Granting to Transfer Action to Central District of California, Western Division) (fth). (Entered: 04/14/2017) |