JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA PANTALEON, | CASE NO. 2:17-cv-02868-MWF-PLA |
| Plaintiff, | |
| v. | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| MICROSOFT CORP., a corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |

## ORDER

The stipulation submitted by Plaintiff Alisha Pantaleon and Defendant Microsoft Corporation is approved. The entire action by Plaintiff Pantaleon, including all claims and allegations stated therein against Defendants, is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: May 26, 2017

_____
Honorable Michael W. Fitzgerald
United States District Judge

1
ORDER GRANTING DISMISSAL WITH PREJUDICE